UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEPHANIE RAE EVANS,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. C23-5120-SKV

ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES

This matter comes before the Court on Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b). Dkt. 28. The Court has reviewed Plaintiff's motion and the supporting documents, as well as the Commissioner's response, Dkt. 29, indicating the Commissioner does not either support or oppose Plaintiff's motion. The Court finds that the total amount of fees requested in Plaintiff's motion is reasonable. The Court further finds that it is appropriate to award Plaintiff attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), which may be paid from Plaintiff's past-due benefits in accordance with agency policy, in the gross amount of $57,076.50, minus $19,700 previously received under the Equal Access to Justice Act, 28 U.S.C. § 2412, for a net award of $37,376.50.

Accordingly, the Court GRANTS Plaintiff's motion. Dkt. 28. If the funds are available to be disbursed, the Commissioner shall mail a check for $37,376.50, minus any applicable

processing fees, to Plaintiff's counsel.

Dated this 28th day of September, 2026.

S. KATE VAUGHAN
United States Magistrate Judge